UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESSIAH MESSIAH, | No. 2:22-cv-01578-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| R. NAPPEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 7.) Plaintiff has filed objections[1] to the findings and recommendations. (ECF No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

---

[1] The document is captioned "Objections to Magistrate Judge's Findings and Recommendations." However, the undersigned notes that therein, he states, "it is appropriate this complaint be withdrawn in its entirety." (ECF No. 10 at 2.)

1

1  Court finds the findings and recommendations to be supported by the record and by proper
2  analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The Findings and Recommendations filed January 23, 2023, (ECF No. 7) are adopted
5  in full;
6          2. This action is DISMISSED for failure to exhaust administrative remedies; and
7          3. The Clerk of the Court is directed to close this case.
8  **DATED: February 7, 2023**

_____
Troy L. Nunley
United States District Judge